**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MURAT MORINA,

                Plaintiff,

  -against-                              22 **CIVIL** 2994 (LJL)

                                        **JUDGMENT**

ALEJANDRO MAYORKAS, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated January 3, 2023, Defendants' motion to dismiss is GRANTED.

**Dated:**  New York, New York

        January 4, 2023

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                              **Clerk of Court**

                                       **BY:**     K. Mango

                                                              **Deputy Clerk**